UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Subpoena to Google LLC for Identification of Copyright Infringer | Case No. 3:23-mc-80076<br><br>**APPLICATION FOR SUBPOENA FOR IDENTIFICATION OF AN INFRINGER PURSUANT TO THE DIGITAL MILLENNIUM COPYRIGHT ACT** |

**COMES NOW**, BOTTOM LINE CONCEPTS, LLC, ("Bottom Line"), by and through the undersigned and counsel, pursuant to Title 17 of the U.S. Code, Section 512(h), and in accordance with the applicable Federal Rules of Civil Procedure, files this Application for Subpoena for Identification of an Infringer Pursuant to the Digital Millennium Copyright Act for response by GOOGLE, LLC, ("Google"), and as grounds therefore states:

1. This Miscellaneous Civil Action was initiated for the purpose of obtaining certain records and information from Google regarding the identifying a user of Google's YouTube.com video sharing platform infringing on Bottom Line's copyrighted material. Specifically, Bottom Line is the exclusive licensee of the copyrights in and to certain materials that have been infringed through use of the online services provided by Google.

2. Title 17 of the United States Code, Section 512(h), specifies that any person authorized to act on behalf of a copyright holder may request the clerk of any United States district court to issue a subpoena to an online service provider for identification of an alleged infringer.

3. On March 14, 2023, pursuant to the Digital Millennium Copyright Act ("DMCA"), Bottom Line submitted a Notification of Claimed Infringement to Google, pursuant to 17 U.S.C. § 512(c), providing notice of the subject infringing content hosted on Google's YouTube.com website. A true and correct copy of Bottom Line's Notification of Claimed Infringement is filed herewith, as required under § 512(h)(2)(A).

4. Upon information and belief, a representative of Google who has access to the identities of the users responsible for the infringement of Bottom Line's copyrights is located within the jurisdiction of this Court. Accordingly, the undersigned has drafted and filed herewith a proposed subpoena directing Google to disclose the identities of its infringing user, along with the required declaration concerning the use of the information sought, as required by § 512(h)(2)(B) and (C).

**WHEREFORE**, Bottom Line respectfully requests that the Clerk of Courts execute the proposed subpoena requiring Google to produce the information and documentation requested in the subpoena and deliver a PDF copy of the executed subpoena by entering it into the ECF docket for this Miscellaneous Case.

DATED: March 14, 2023

BRYN LAW GROUP
2 South Biscayne Blvd, Suite 2600
Miami, Florida 33131
Tel. 305-374-0501
Fax. 305-372-8068

_____
Jason A. Fischer (CA Bar No. 275469)
jason@brynlaw.com