# Request video removal

Enter the details of your copyright removal (takedown) request. We'll review each request before taking any action. This form is subject to YouTube's copyright removal terms and conditions.

LEARN MORE      SUBMIT

J   You are signed in as
    **Jason Fischer**

## 1. Videos requested for removal (0)

Remember that not all copyrighted content is eligible for removal. Some videos are protected by fair use and similar laws. Learn more

**My content**

| Type of work | Subcategory |
|---|---|
| Video | From outside of YouTube |

| My video URL | Video title |
|---|---|
| urce=vimeo_logo&owner=181889820 | Employee Retention Credit Program |

**Infringing video**

| YouTube URL of video to be removed |
|---|
| .youtube.com/watch?v=Vx5voPD_7Bc |

Erc Straightline
Channel: ERC Straight Line - Get your business' refund
Subscribers: 0 • Views: 30



| Location of infringing content |
|---|
| Entire video |

**ADD TO LIST**    CANCEL

## 2. Copyright owner

Contact information is a required element of a valid copyright takedown notification. Your physical address and phone number will remain confidential unless requested as part of a lawsuit. If YouTube is required to share any information, we will notify you before doing so. Keep in mind that copyright takedown requests may also be sent by a legal representative, but they'll have to submit the takedown request from their own account. Learn more

| Affected party |
|---|
| My company, organization, or client |

| Copyright owner name (required) |
|---|
| Bottom Line Concepts, LLC |

| Phone (required) |
|---|
| 305-374-0501 |

| Primary email (required) |
|---|
| jason@markbryn.com |

| Secondary email |
|---|

