## DECLARATION OF JASON A. FISCHER

1. On March 14, 2023, I prepared and submitted a subpoena (the "Subpoena"), pursuant to 17 U.S.C. § 512(h), to the Clerk of the U.S. District Court for the Northern District of California.

2. I do swear under penalty of perjury that the Subpoena sought is to obtain the identity of alleged copyright infringers and that such information will only be used for the purpose of protecting the exclusively licensed copyrights of Bottom Line Concepts, LLC.

3. I have personal knowledge of all facts set forth in this Declaration.

4. The facts set forth in this Declaration are true and correct.

_____
JASON A. FISCHER